IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN WAYNE FELDMANN,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                              12-cv-928-wmc

U.S. TREASURY DEPARTMENT,
WELLS FARGO BANK,
BANK OF AMERICA and
U.S. BANK DEBIT EXPRESS MASTER CARD,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction, as frivolous, and/or for failure to state a claim upon which relief may be granted.

By: *[signature]*, Deputy Clerk            1-3-2013
Peter Oppeneer, Clerk of Court                     Date